UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUCCESSFUL STRATEGIES INTERNATIONAL,
INC.,

                    Plaintiff,          **ORDER**
                                                       CV 08-3590(ADS)(ARL)

       -against-

STEPHEN J. MALONEY MANAGEMENT
APPLICATIONS, INC., ET AL.,

                    Defendant.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated March 24, 2011, seeking to compel the production of documents demanded at the March 11th deposition of the defendant Stephen J. Maloney. In February, the plaintiff sought to compel Mr. Maloney's deposition. By order dated February 7, 2011, the court outlined the dilatory conduct of the parties during the discovery process and denied the plaintiff's application given the fact that the discovery cut-off had passed.

      Judge Spatt then permitted the deposition of Steven Maloney to be completed on or before March 11, 2011 and permitted the defendants to amend their Rule 56.1 statement only with respect to Steven Maloney's deposition and documents produced in connection with that deposition. In furtherance of Judge Spatt's ruling, the deposition documents sought by plaintiff are to be produced subject to a confidentiality order in accordance with the agreement of the parties.


Dated:  Central Islip, New York         **SO ORDERED:**
       April 4, 2011

                                                      /s/
                                    ARLENE ROSARIO LINDSAY
                                    United States Magistrate Judge